DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY CLARKE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3337

[February 21, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 10-6746 CF10C.

Anthony Clarke, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***